THE PEOPLE OF THE STATE OF NEW YORK ex rel. RALPH MARK, Appellant, against WARDEN OF ATTICA STATE PRISON, Respondent.

Submitted May 19, 1941; decided May 29, 1941.

*Ralph Mark,* in person, for motion.

*John J. Bennett, Jr.,* Attorney-General (*James A. Noonan* of counsel), opposed.

Motion denied on the ground it does not appear that any substantial constitutional question is involved.

In the Matter of CLARENCE SCOTT et al., Appellants; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Submitted May 19, 1941; decided May 29, 1941.

Motion to amend the remittitur denied. (See 285 N. Y. 760.)